UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 13-CV-80325-DMM

UNITED STATES OF AMERICA,

    Plaintiff,
v.

MARRETT W. HANNA

    Defendant.
_____

### RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, UNITED STATES OF AMERICA ("USA"), by and through its undersigned counsel files this Response to Defendant's Motion to Dismiss ("MOTION") [DE #8] and states:

### INTRODUCTION

1.    This action is brought by the United States on behalf of the Department of Education to recover delinquent monies owed on a defaulted student loan previously issued to the Defendant, as described fully in the Amended Complaint. [DE #4]

2.    Defendant filed a Motion to Dismiss claiming Plaintiff failed to state sufficient facts necessary to substantiate the pending lawsuit.

3.    Specifically, Defendant claims that "no details and basic facts are provided". [DE 8, 1]

4.    None of Defendant's arguments have merit as indicated in the memorandum and authorities below.

## ARGUMENT AND INCORPORATED MEMORANDUM OF LAW

**The Amended Complaint Properly Complies with Rule 8 of the Fed. R. Civ. P.**

On February 21, 2013, a nearly identical Motion to Dismiss [D.E. 7] was filed by Mark Hanna in a similar student loan delinquency case filed by the undersigned in the Southern District: *United States v. Mark Hanna*, 9:13-cv-80060-KAM. The motion was denied by the Court on March 14, 2010 [D.E. 10]. The Court held: "[T]he complaint provides adequate factual basis to support this cause of action. The additional information sought by Defendant can be obtained by discovery." The instant motion should likewise be denied.

It is a general principle of law that the rule relating to pleading claims for relief is to be liberally construed. *Hanson v. Hunt Oil Co.*, 398 F.2d 578, 581 (8th Cir. 1968)(this rule requiring that claim be a plain and short statement showing that pleader is entitled to relief is to be liberally construed). In addition, complaints are construed favorably to their drafters, as the initial complaint need not contain long and drawn-out allegations to be deemed sufficient. See *Hrubec v. National R.R. Passenger Corp.* 981 F.2d 962 (7th Cir. 1992)(under system of notice pleading, complaint need not narrate all relevant facts or recite law; all it has to do is set out claim for relief). Finally, Courts must also consider all allegations and statements contained within the complaints exhibits when determining whether or not Rule 8 has been properly complied with. *International Schools Services, Inc. v. AAUG Ins. Co., Ltd.*, 2012 WL 5192265 (S.D.Fla.,2012)(to decide a motion to dismiss, courts generally consider only the allegations contained in the complaint, exhibits attached to the complaint and matters of public record.).

Rule 8(a), Fed.R.Civ.P. states, in relevant part, that a pleading that states a claim for relief must contain:

> (2) a short and plain statement of the claim showing that the pleader is

entitled to relief; and

In the current action, Plaintiff's Complaint specifically states that a debt is owed to the United States in the amount of $38,555.14 as of November 23, 2010. Plaintiff also states that the Defendant has refused to pay same. Finally, Plaintiff's Exhibit "A", which is incorporated into the allegations of the Amended Complaint, specifically details the loan figures, the type of loan provided and its purpose, and when the default occurred. Therefore, Plaintiff has properly met its pleading burden pursuant to Fed. R. Civ. P. 8(a)(2), and Defendant's Motion to Dismiss must be denied.

WHEREFORE, Plaintiff respectfully requests that the Court deny Defendant's Motion to Dismiss.

Dated: June 20, 2013

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send notice of electronic filing to Marrett Hanna, 5 Sailfish Lane, Ocean Ridge, FL 33435, f3mhanna@yahoo.com.

BECKER & POLIAKOFF, P.A.
Attorneys for Plaintiff
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232

By: s/ Steven M. Davis
Steven M. Davis, Esq.
Florida Bar No. 894249
sdavis@becker-poliakoff.com

ACTIVE: U06092/322391:4808559_1