UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-80325-Civ-Middlebrooks/Brannon

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

MARRETT W. HANNA,

        Defendant(s).
_____/



## ORDER SETTING SCHEDULING CONFERENCE

THIS CAUSE is before the Court to conduct a scheduling conference pursuant to Local Rule 16.1(b). Accordingly, the Court ORDERS the following:

(1) A scheduling conference shall be held as follows:

    DATE:     Tuesday, July 30, 2013
    TIME:     2:00 P.M.
    PLACE:    U.S. Courthouse
                  701 Clematis Street
                  West Palm Beach, FL 33401
                  4th Floor, Courtroom 3

(2) **IN-PERSON ATTENDANCE BY PRINCIPALS AND ATTORNEYS IS MANDATORY.** Failure to attend may result in sanctions. Because of the expedited nature of this conference, the parties are relieved of Local Rule 16.1(b)'s requirement of submitting a conference report and proposed order. The parties are advised that the Court will enter a Pretrial Scheduling Order following the conference, and that it will be the duty of counsel to comply with the schedule set forth therein to ensure an expeditious resolution of this cause.

1

(3)  Among other things, the Court will discuss the following matters at the conference:

  (a)  the likelihood of settlement, the appropriateness of court-ordered mediation for this case, and the scheduling of such mediation;

  (b)  the parties' consent to a specially-set trial before the undersigned magistrate judge, pursuant to 28 U.S.C. § 636(c); and

  (c)  pretrial procedures with respect to the filing and disposition of motions, compliance with the local rules, and related matters.

(4)  The Court anticipates that the conference will not exceed 10-15 minutes. Do not telephone Chambers with questions. Any questions will be addressed at the scheduling conference.

DONE and ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 22nd day of July, 2013.

_____
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE

Copies sent to:
Marrett W. Hanna, *pro se*