UNITED STATES DISTRICTCOURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80325-CIV-MIDDLEBROOKS/BRANNON

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MARRETT W. HANNA,

        Defendant.

_____/

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS
OR MOTION FOR MORE DEFINITE STATEMENT**

THIS CAUSE comes before the Court upon Motion by Defendant Marrett W. Hanna ("Defendant") to Dismiss or Motion for More Definite Statement ("Motion"). (DE 8). The Court has reviewed the Motion and is otherwise fully informed of the premises. Accordingly, it is hereby

**ORDERED and ADJUDGED** that Defendant's Motion (DE 8) is **DENIED.**

**DONE and ORDERED** in Chambers at West Palm Beach, Florida this 25 day of September, 2013.

                                            DONALD M. MIDDLEBROOKS
                                            UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of record
                   Marrett W. Hanna, *pro se*
                   5 Sailfish Lane
                   Ocean Ridge, FL 33435